UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

KIMBERLY ANN KNAPP,

                          Plaintiff,

       -v-                                        6:15-CV-634

CAROLYN W. COLVIN, Acting Commissioner
of Social Security,

                          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                            OF COUNSEL:

OFFICE OF PETER M. HOBAICA, LLC          B. BROOKS BENSON, ESQ.
Attorneys for Plaintiff
2045 Genesee Street
Utica, NY 13501

OFFICE OF REGIONAL GENERAL COUNSEL       MICHAEL D. GADARIAN, ESQ.
Social Security Administration Region II
Attorneys for Defendant
26 Federal Plaza, Room 3904
New York, NY 10278


DAVID N. HURD
United States District Judge


**O R D E R**

        Pursuant to the oral decision of the Court, entered into the record after hearing oral

argument on August 23, 2016, in Utica, New York, it is hereby

        ORDERED that

        1.  The Commissioner's decision denying plaintiff supplemental security income is

AFFIRMED; and

2.  The complaint is DISMISSED in its entirety.

IT IS SO ORDERED.

United States District Judge

Dated:  August 23, 2016
        Utica, New York.